Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Wendy Lynn DeClark

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY LYNN DECLARK,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:25-cv-09104<br><br>~~[PROPOSED]~~ **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND SIX HUNDRED FORTY-SEVEN DOLLARS and TWELVE CENTS ($4,647.12), and costs under 28 U.S.C. § 1920, in the

/ / /

/ / /

/ / /

amount of FOUR HUNDRED FIVE DOLLARS AND NO CENTS ($405.00), subject to the terms of the above-referenced Stipulation.

Dated: November 3, 2026

THE HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE